IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL TIMOTHY BRANDY, JR.,

    Plaintiff,

  v.

MARQUETTE COUNTY JAIL,
MICHAEL KOWALSKI,
DEPUTY BEAHM, AND JOE STOLPA,

    Defendants.

Case No. 20-cv-502-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 8/19/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |